# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DANNY NAVA and KIMBERLY SINAI NOVELO,<br><br>Plaintiffs<br><br>v.<br><br>JUAN OCHOA, JR. and ERNESTO GONZALEZ,<br><br>Defendants | Case No.: 2:19-cv-01867-APG-NJK<br><br>**Order Deeming Order to Show Cause Satisfied** |

In light of the response to the order to show cause (ECF No. 8), I deem my prior order to show cause (ECF No. 4) satisfied and I will not remand this matter for lack of subject matter jurisdiction at this time.

DATED this 31st day of October, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE