# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DANNY NAVA, et al.,

    Plaintiff(s),

v.

JUAN OCHOA, JR., et al.,

    Defendant(s).

Case No.: 2:19-cv-01867-APG-NJK

**Order**

On November 20, 2019, the parties referenced bankruptcy proceedings involving Defendant Gonzalez and that they were petitioning the bankruptcy court to lift the automatic stay. Docket No. 13 at 2. No further filings have been made in the intervening months. A joint status report must be filed by May 4, 2020.

IT IS SO ORDERED.

Dated: April 13, 2020

                                            Nancy J. Koppe
                                            United States Magistrate Judge