# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DANNY NAVA and KIMBERLY SINAI NOVELO,<br><br>Plaintiffs<br><br>v.<br><br>JUAN OCHOA, JR. and ERNESTO GONZALEZ,<br><br>Defendants | Case No.: 2:19-cv-01867-APG-NJK<br><br>**Order for Status Report** |

On November 20, 2019, the parties referenced bankruptcy proceedings involving defendant Ernesto Gonzalez, and the plaintiffs indicated they were petitioning the bankruptcy court to lift the automatic stay. ECF No. 13 at 2. In May 2020, the parties indicated that the plaintiffs' motion to lift stay was set for hearing at the end of that month. ECF No. 15. The parties have not provided further updates since that time.

I THEREFORE ORDER the parties to file a status report by September 18, 2020. The status report must address why the claims against Juan Ochoa, Jr. cannot proceed regardless of Gonzalez's bankruptcy.

DATED this 2nd day of September, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE